**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JULIA HUBBARD,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 3:25-cv-00380-X** |
| **D.G.C., INC., d/b/a THE LODGE;** | § | |
| **JASON E. MONEY, SR.; DAWN** | § | |
| **RIZOS; and CRAIG CLINT STIFF, JR.** | § | |
| | § | |
| *Defendants*. | § | |

## DEFENDANT CRAIG CLINT STIFF, JR'S ORIGINAL ANSWER

Defendant Craig Clint Stiff, Jr. ("Defendant Stiff"), by and through his undersigned counsel, respectfully submits this Original Answer to Plaintiff's Complaint and responds to the allegations in the numbered paragraphs of the Complaint as follows:

### I.    NATURE OF THE CASE

1.    Defendant Stiff lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint and therefore denies the same.

2.    Defendant Stiff lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint regarding how defendant D.C.G., Inc. d/b/a The Lodge ("The Lodge") advertised itself to its employees and therefore denies the same.  Defendant Stiff denies the remaining allegations of Paragraph 2 of Plaintiff's Complaint.

3.    Defendant Stiff denies the allegations contained in Paragraph 3 of Plaintiff's Complaint.

## II.    JURISDICTION AND VENUE

4.    Defendant Stiff states that the allegations regarding venue contained in Paragraph 4 of Plaintiff's Complaint set forth conclusions of law to which no response is required.  To the extent a response is required, Defendant Stiff denies the allegations set forth in Paragraph 4 of Plaintiff's Complaint.

5.    Defendant Stiff states that the allegations regarding subject matter jurisdiction contained in Paragraph 5 of Plaintiff's Complaint set forth conclusions of law to which no response is required.  To the extent a response is required, Defendant Stiff denies the allegations set forth in Paragraph 5 of Plaintiff's Complaint, including that the Court has subject matter jurisdiction in this case pursuant to 18 U.S.C. § 1595.

6.    Defendant Stiff states that the allegations regarding jurisdiction contained in Paragraph 6 of Plaintiff's Complaint set forth conclusions of law to which no response is required.  To the extent a response is required, Defendant Stiff denies the allegations set forth in Paragraph 6 of Plaintiff's Complaint.

7.    Defendant Stiff states that the allegations regarding personal jurisdiction contained in Paragraph 7 of Plaintiff's Complaint set forth conclusions of law to which no response is required.  To the extent a response is required, Defendant Stiff denies the allegations set forth in Paragraph 7 of Plaintiff's Complaint.

## III.    PARTIES

**Plaintiff**

8.    Defendant Stiff lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint and therefore denies the same.

9.      Defendant Stiff denies the allegations contained in Paragraph 9 of Plaintiff's Complaint.

**Defendants**

10.     Defendant Stiff lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 10 of Plaintiff's Complaint and therefore denies the same.

11.     Defendant Stiff lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 11 of Plaintiff's Complaint and therefore denies the same.

12.     Defendant Stiff lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 12 of Plaintiff's Complaint and therefore denies the same.

13.     Defendant Stiff admits that he is an individual.  Defendant Stiff specifically denies that he resides in Rockwall, Texas.

14.     Defendant Stiff denies the allegations contained in Paragraph 14 of Plaintiff's Complaint.

### IV.    STATEMENT OF FACTS

15.     Defendant Stiff lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 15 of Plaintiff's Complaint and therefore denies the same.

16.     Defendant Stiff lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 16 of Plaintiff's Complaint and therefore denies the same.

17.     Defendant Stiff lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 17 of Plaintiff's Complaint and therefore denies the same.

18.     Defendant Stiff lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 18 of Plaintiff's Complaint and therefore denies the same.

19.     Defendant Stiff lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 19 of Plaintiff's Complaint and therefore denies the same.

20.     Defendant Stiff specifically denies that he engaged in forced commercial sex acts at The Lodge with Plaintiff or any other individual.  Defendant Stiff admits that he held "VIP" status at The Lodge.  Defendant Stiff denies the remaining allegations contained in Paragraph 20 of Plaintiff's Complaint.

21.     Defendant Stiff specifically denies that he engaged in forced commercial sex acts at The Lodge with Plaintiff or any other individual, that he "brutally assaulted" Plaintiff or any other individual, or that he ever drugged the drinks of Plaintiff or any other individual. Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 21 of Plaintiff's Complaint and therefore denies the same.

22.     Defendant Stiff specifically denies that he engaged in forced commercial sex acts at The Lodge with Plaintiff or any other individual, or that he ever drugged the drinks of Plaintiff for any reason, including to "render her unconscious or severely impaired." Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of

the remaining allegations contained in Paragraph 22 of Plaintiff's Complaint and therefore denies the same.

23.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of Plaintiff's Complaint and therefore denies the same.

24.     Defendant Stiff denies the allegations contained in paragraph 24 of Plaintiff's Complaint.

25.     Defendant Stiff denies the allegations contained in paragraph 25 of Plaintiff's Complaint.

26.     Defendant Stiff specifically denies that he engaged in forced commercial sex acts at The Lodge with Plaintiff or any other individual.  Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 26 of Plaintiff's Complaint and therefore denies the same.

27.     Defendant Stiff specifically denies that he engaged in forced commercial sex acts at The Lodge with Plaintiff or any other individual, or that he threatened or coerced Plaintiff in any manner.  Defendant Stiff states that some of the allegations contained in Paragraph 27 of Plaintiff's Complaint set forth conclusions of law to which no response is required.  To the extent a response is required, Defendant Stiff denies such allegations set forth in Paragraph 27 of Plaintiff's Complaint.  Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 27 of Plaintiff's Complaint and therefore denies the same.

A.     **Hubbard's Background and Vulnerabilities**

28.     Defendant Stiff lacks knowledge or information sufficient to form a belief as

to the truth of the allegations contained in Paragraph 28 of Plaintiff's Complaint and therefore denies the same.

29.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of Plaintiff's Complaint and therefore denies the same.

30.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of Plaintiff's Complaint and therefore denies the same.

31.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of Plaintiff's Complaint and therefore denies the same.

32.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of Plaintiff's Complaint and therefore denies the same.

33.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of Plaintiff's Complaint and therefore denies the same.

**B.    How The Lodge was Supposed to Protect Entertainers from Forced Commercial Sex Acts**

34.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of Plaintiff's Complaint and therefore denies the same.

35.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of Plaintiff's Complaint and therefore denies the same.

36.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of Plaintiff's Complaint and therefore denies the same.

37.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of Plaintiff's Complaint and therefore denies the same.

38.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of Plaintiff's Complaint and therefore denies the same.

39.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of Plaintiff's Complaint and therefore denies the same.

40.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of Plaintiff's Complaint and therefore denies the same.

41.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 of Plaintiff's Complaint and therefore denies the same.

42.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of Plaintiff's Complaint and therefore denies the same.

43.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 of Plaintiff's Complaint and therefore denies the same.

44.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 of Plaintiff's Complaint and therefore denies the same.

45.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of Plaintiff's Complaint and therefore denies the same.

46.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of Plaintiff's Complaint and therefore denies the same.

47.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of Plaintiff's Complaint and therefore denies the same.

48.     Defendant Stiff admits that The Lodge's clientele could pay with several payment methods, including but not limited to cash and credit cards.  Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 48 of Plaintiff's Complaint and therefore denies the same.

49.     Defendant Stiff lacks knowledge or information sufficient to form a belief as

to the truth of the allegations contained in Paragraph 49 of Plaintiff's Complaint and therefore denies the same.

50.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of Plaintiff's Complaint and therefore denies the same.

51.     Defendant Stiff admits that the clientele at The Lodge would pay independent contractor entertainers hourly rates for spending time with them, ordering food and drinks, and for similar types of activities that did not include commercial sex acts. Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 51 of Plaintiff's Complaint and therefore denies the same.

52.     Defendant Stiff denies that The Lodge's managers would alert him to when Plaintiff would be working. Defendant Stiff further denies that The Lodge's managers "intimately knew" him. Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 52 of Plaintiff's Complaint and therefore denies the same.

53.     Defendant Stiff admits that "sitting" – as defined in Paragraph 51 of Plaintiff's Complaint – typically would happen in the VIP section of The Lodge, which was on the second floor. Defendant Stiff further admits that each VIP room was in a cave form, was not fully enclosed, did not have a door in the traditional sense, had open entrance and exit ways, and could be looked into by others. Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 53 of Plaintiff's Complaint and therefore denies the same.

54.     Defendant Stiff denies the allegations contained in paragraph 54 of Plaintiff's Complaint.

55.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 of Plaintiff's Complaint and therefore denies the same.

56.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of Plaintiff's Complaint and therefore denies the same.

57.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of Plaintiff's Complaint and therefore denies the same.

58.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 of Plaintiff's Complaint and therefore denies the same.

C.     **The Terrifying Reality of The Lodge Being a Breeding Ground for Forced Commercial Sex Acts**

59.     Defendant Stiff specifically denies that he engaged in forced commercial sex acts at The Lodge with Plaintiff or any other individual.  Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 59 of Plaintiff's Complaint and therefore denies the same.

60.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 of Plaintiff's Complaint and therefore denies the same.

61.     Defendant Stiff specifically denies that he put Gamma-hydroxybutyrate

("GHB") or any other substance in the drinks of Plaintiff or any other individual. Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 61 of Plaintiff's Complaint and therefore denies the same.

62.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 of Plaintiff's Complaint and therefore denies the same.

63.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 of Plaintiff's Complaint and therefore denies the same.

64.    Defendant Stiff specifically denies observing The Lodge's employees or waitresses openly offer, serve, or deal drugs to clientele and entertainers. Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 64 of Plaintiff's Complaint and therefore denies the same.

65.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 of Plaintiff's Complaint and therefore denies the same.

66.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 of Plaintiff's Complaint and therefore denies the same.

67.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 of Plaintiff's Complaint and therefore denies the same.

68.    Defendant Stiff specifically denies that he engaged in forced commercial sex

acts at The Lodge with Plaintiff or any other individual.  Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 68 of Plaintiff's Complaint and therefore denies the same.

69.    Defendant Stiff specifically denies that he engaged in forced commercial sex acts at The Lodge with Plaintiff or any other individual.  Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 69 of Plaintiff's Complaint and therefore denies the same.

70.    Defendant Stiff specifically denies that he engaged in forced commercial sex acts at The Lodge with Plaintiff or any other individual.  Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 70 of Plaintiff's Complaint and therefore denies the same.

71.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 of Plaintiff's Complaint and therefore denies the same.

72.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 of Plaintiff's Complaint and therefore denies the same.

73.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 of Plaintiff's Complaint and therefore denies the same.

74.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 of Plaintiff's Complaint and therefore denies the same.

75.    Defendant Stiff specifically denies that he engaged in forced commercial sex acts at The Lodge with Plaintiff or any other individual.  Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 75 of Plaintiff's Complaint and therefore denies the same.

**D.    The Lodge and Rizos' Knowledge of Hubbard as Their Money-Maker through Forced Sex Act**

76.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 of Plaintiff's Complaint and therefore denies the same.

77.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 of Plaintiff's Complaint and therefore denies the same.

78.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 of Plaintiff's Complaint and therefore denies the same.

79.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 of Plaintiff's Complaint and therefore denies the same.

80.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 of Plaintiff's Complaint and therefore denies the same.

81.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 of Plaintiff's Complaint and therefore denies the same.

82.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 of Plaintiff's Complaint and therefore denies the same.

83.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 of Plaintiff's Complaint and therefore denies the same.

84.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 of Plaintiff's Complaint and therefore denies the same.

85.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 of Plaintiff's Complaint and therefore denies the same.

86.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 of Plaintiff's Complaint and therefore denies the same.

87.     Defendant Stiff specifically denies that he engaged in forced commercial sex acts at The Lodge with Plaintiff or any other individual.  Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 87 of Plaintiff's Complaint and therefore denies the same.

88.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 of Plaintiff's Complaint and therefore denies the same.

89.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to

the truth of the allegations contained in Paragraph 89 of Plaintiff's Complaint and therefore denies the same.

90.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 of Plaintiff's Complaint and therefore denies the same.

91.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 of Plaintiff's Complaint and therefore denies the same.

92.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 of Plaintiff's Complaint and therefore denies the same.

93.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 of Plaintiff's Complaint and therefore denies the same.

94.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 of Plaintiff's Complaint and therefore denies the same.

95.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 of Plaintiff's Complaint and therefore denies the same.

96.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 of Plaintiff's Complaint and therefore denies the same.

97.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 of Plaintiff's Complaint and therefore denies the same.

98.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 of Plaintiff's Complaint and therefore denies the same.

99.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 of Plaintiff's Complaint and therefore denies the same.

100.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 of Plaintiff's Complaint and therefore denies the same.

101.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 of Plaintiff's Complaint and therefore denies the same.

E.     **Stiff's Forced Commercial Sex Acts with Hubbard**

102.     Defendant Stiff admits the allegations contained in Paragraph 102 of Plaintiff's Complaint.

103.     Defendant Stiff admits that he would sit with Plaintiff in The Lodge VIP room. Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 103 of Plaintiff's Complaint and therefore denies the same.

104.    Defendant Stiff denies the allegations contained in Paragraph 104 of Plaintiff's Complaint.

105.    Defendant Stiff admits that he had several interactions with Plaintiff where he paid to sit with Plaintiff and bought her dinner.  Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 105 of Plaintiff's Complaint and therefore denies the same.

106.    Defendant Stiff recalls bringing clothing for Plaintiff on at least one occasion. Defendant Stiff admits asking Plaintiff to dance for him in the VIP room.  Defendant Stiff denies the remaining allegations contained in Paragraph 106 of Plaintiff's Complaint.

107.    Defendant Stiff denies the allegations contained in Paragraph 107 of Plaintiff's Complaint.

108.    Defendant Stiff denies the allegations contained in Paragraph 108 of Plaintiff's Complaint.

109.    Defendant Stiff denies the allegations contained in Paragraph 109 of Plaintiff's Complaint.

110.    Defendant Stiff denies the allegations contained in Paragraph 110 of Plaintiff's Complaint.

111.    Defendant Stiff denies the allegations contained in Paragraph 111 of Plaintiff's Complaint.

112.    Defendant Stiff specifically denies that he put GHB or any other substance in the drinks of Plaintiff or any other individual.  Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 112 of Plaintiff's Complaint and therefore denies the same.

113.    Defendant Stiff specifically denies that he put GHB or any other substance in the drinks of Plaintiff or any other individual.  Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 113 of Plaintiff's Complaint and therefore denies the same.

114.    Defendant Stiff denies the allegations contained in Paragraph 114 of Plaintiff's Complaint.

115.    Defendant Stiff denies the allegations contained in Paragraph 115 of Plaintiff's Complaint.

116.    Defendant Stiff denies the allegations contained in Paragraph 116 of Plaintiff's Complaint.

117.    Defendant Stiff denies the allegations contained in Paragraph 117 of Plaintiff's Complaint.

118.    Defendant Stiff specifically denies that he engaged in forced commercial sex acts at The Lodge with Plaintiff or any other individual.  Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 118 of Plaintiff's Complaint and therefore denies the same.

119.    Defendant Stiff specifically denies that he engaged in forced commercial sex acts at The Lodge with Plaintiff or any other individual.  Defendant Stiff further denies that managers at The Lodge made appointments for him with Plaintiff.  Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 119 of Plaintiff's Complaint and therefore denies the same.

120.    Defendant Stiff denies the allegations contained in Paragraph 120 of Plaintiff's Complaint.

121.    Defendant Stiff denies the allegations contained in Paragraph 121 of Plaintiff's Complaint.

122.    Defendant Stiff specifically denies that he engaged in forced commercial sex acts at The Lodge with Plaintiff or any other individual.  Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 122 of Plaintiff's Complaint and therefore denies the same.

123.    Defendant Stiff denies the allegations contained in Paragraph 123 of Plaintiff's Complaint.

124.    Defendant Stiff denies the allegations contained in Paragraph 124 of Plaintiff's Complaint.

125.    Defendant Stiff denies the allegations contained in Paragraph 125 of Plaintiff's Complaint.

126.    Defendant Stiff denies the allegations contained in Paragraph 126 of Plaintiff's Complaint.

127.    Defendant Stiff denies the allegations contained in Paragraph 127 of Plaintiff's Complaint.

128.    Defendant Stiff denies the allegations contained in Paragraph 128 of Plaintiff's Complaint.

129.    Defendant Stiff denies the allegations contained in Paragraph 129 of Plaintiff's Complaint.

130.    Defendant Stiff denies the allegations contained in Paragraph 130 of Plaintiff's Complaint.

131.     Defendant Stiff denies the allegations contained in Paragraph 131 of Plaintiff's Complaint.

132.     Defendant Stiff denies the allegations contained in Paragraph 132 of Plaintiff's Complaint.

133.     Defendant Stiff denies the allegations contained in Paragraph 133 of Plaintiff's Complaint.

134.     Defendant Stiff denies the allegations contained in Paragraph 134 of Plaintiff's Complaint.

135.     Defendant Stiff denies the allegations contained in Paragraph 135 of Plaintiff's Complaint.

136.     Defendant Stiff denies the allegations contained in Paragraph 136 of Plaintiff's Complaint.

137.     Defendant Stiff denies the allegations contained in Paragraph 137 of Plaintiff's Complaint.

138.     Defendant Stiff denies the allegations contained in Paragraph 138 of Plaintiff's Complaint.

139.     Defendant Stiff denies the allegations contained in Paragraph 139 of Plaintiff's Complaint.

140.     Defendant Stiff denies the allegations contained in Paragraph 140 of Plaintiff's Complaint.

**F.     Money's Forced Commercial Sex Acts with Hubbard**

141.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 of Plaintiff's Complaint and therefore denies the same.

142.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 of Plaintiff's Complaint and therefore denies the same.

143.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 of Plaintiff's Complaint and therefore denies the same.

144.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 of Plaintiff's Complaint and therefore denies the same.

145.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 of Plaintiff's Complaint and therefore denies the same.

146.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 of Plaintiff's Complaint and therefore denies the same.

147.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 of Plaintiff's Complaint and therefore denies the same.

148.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 of Plaintiff's Complaint and therefore denies the same.

149.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 149 of Plaintiff's Complaint and therefore denies the same.

150.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 150 of Plaintiff's Complaint and therefore denies the same.

151.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 151 of Plaintiff's Complaint and therefore denies the same.

152.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 of Plaintiff's Complaint and therefore denies the same.

153.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 of Plaintiff's Complaint and therefore denies the same.

154.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 of Plaintiff's Complaint and therefore denies the same.

155.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 of Plaintiff's Complaint and therefore denies the same.

156.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 of Plaintiff's Complaint and therefore denies the same.

157.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 of Plaintiff's Complaint and therefore denies the same.

158.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158 of Plaintiff's Complaint and therefore denies the same.

159.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 159 of Plaintiff's Complaint and therefore denies the same.

160.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 160 of Plaintiff's Complaint and therefore denies the same.

161.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 161 of Plaintiff's Complaint and therefore denies the same.

162.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 162 of Plaintiff's Complaint and therefore denies the same.

163.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 163 of Plaintiff's Complaint and therefore denies the same.

164.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 164 of Plaintiff's Complaint and therefore denies the same.

165.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 165 of Plaintiff's Complaint and therefore denies the same.

166.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 166 of Plaintiff's Complaint and therefore denies the same.

167.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 167 of Plaintiff's Complaint and therefore denies the same.

168.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 168 of Plaintiff's Complaint and therefore denies the same.

169.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 169 of Plaintiff's Complaint and therefore denies the same.

170.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 170 of Plaintiff's Complaint and therefore denies the same.

171.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 171 of Plaintiff's Complaint and therefore denies the same.

172.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 172 of Plaintiff's Complaint and therefore denies the same.

173.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 173 of Plaintiff's Complaint and therefore denies the same.

174.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 174 of Plaintiff's Complaint and therefore denies the same.

175.     Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 175 of Plaintiff's Complaint and therefore denies the same.

176.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 176 of Plaintiff's Complaint and therefore denies the same.

177.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 177 of Plaintiff's Complaint and therefore denies the same.

178.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 178 of Plaintiff's Complaint and therefore denies the same.

179.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 179 of Plaintiff's Complaint and therefore denies the same.

180.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 180 of Plaintiff's Complaint and therefore denies the same.

181.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 181 of Plaintiff's Complaint and therefore denies the same.

182.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 of Plaintiff's Complaint and therefore denies the same.

183.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 of Plaintiff's Complaint and therefore denies the same.

**G.    Substantial Interstate Commerce Was Affected**

184.    Defendant Stiff states that the allegations regarding interstate commerce contained in paragraph 184 of Plaintiff's Complaint set forth conclusions of law to which no response is required.  To the extent a response is required, Defendant Stiff denies the allegations set forth in Paragraph 184 of Plaintiff's Complaint.

185.    Defendant Stiff states that the allegations regarding interstate commerce contained in paragraph 185 of Plaintiff's Complaint set forth conclusions of law to which no response is required.  To the extent a response is required, Defendant Stiff denies the allegations set forth in Paragraph 185 of Plaintiff's Complaint.

186.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186 of Plaintiff's Complaint and therefore denies the same.

187.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187 of Plaintiff's Complaint and therefore denies the same.

188.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188 of Plaintiff's Complaint and therefore denies the same.

189.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 189 of Plaintiff's Complaint and therefore denies the same.

190.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 190 of Plaintiff's Complaint and therefore denies the same.

191.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 191 of Plaintiff's Complaint and therefore denies the same.

192.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 192 of Plaintiff's Complaint and therefore denies the same.

193.    Defendant Stiff admits that The Lodge is located in Dallas, Texas.  Defendant Stiff further admits that Dallas is home to several major companies and attractions.  Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 193 of Plaintiff's Complaint and therefore denies the same.

194.    Defendant Stiff admits that Texas borders Mexico.  Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 194 of Plaintiff's Complaint and therefore denies the same.

195.    Defendant Stiff admits that The Lodge is located at 10530 Spangler Road, Dallas, Texas 75220.  Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 195 of Plaintiff's Complaint and therefore denies the same.

196.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 196 of Plaintiff's Complaint and therefore denies the same.

197.    Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 197 of Plaintiff's Complaint and therefore denies the same.

198.    Defendant Stiff states that the allegations regarding interstate commerce contained in paragraph 198 of Plaintiff's Complaint set forth conclusions of law to which no response is required.  To the extent a response is required, Defendant Stiff denies the allegations set forth in Paragraph 198 of Plaintiff's Complaint.

199.    Defendant Stiff states that the allegations regarding interstate commerce contained in paragraph 199 of Plaintiff's Complaint set forth conclusions of law to which no response is required.  To the extent a response is required, Defendant Stiff denies the allegations set forth in Paragraph 199 of Plaintiff's Complaint.

**H.    Specific TVPA Allegations Against Each Defendant**

200.    Defendant Stiff states that the allegations regarding TVPA liability contained in paragraph 200 of Plaintiff's Complaint set forth conclusions of law to which no response is required.  To the extent a response is required, Defendant Stiff denies the allegations set forth in Paragraph 200 of Plaintiff's Complaint.

i.    *Defendants Lodge and Rizos*

201.    Defendant Stiff states that the allegations regarding TVPA liability contained in paragraph 201 of Plaintiff's Complaint set forth conclusions of law to which no response is

required. To the extent a response is required, Defendant Stiff denies the allegations set forth in Paragraph 201 of Plaintiff's Complaint.

202. Defendant Stiff denies the allegations contained in Paragraph 202 of Plaintiff's Complaint.

203. Defendant Stiff denies the allegations contained in Paragraph 203 of Plaintiff's Complaint.

204. Defendant Stiff denies the allegations contained in Paragraph 204 of Plaintiff's Complaint.

205. Defendant Stiff denies the allegations contained in Paragraph 205 of Plaintiff's Complaint.

206. Defendant Stiff denies the allegations contained in Paragraph 206 of Plaintiff's Complaint.

207. Defendant Stiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 207 of Plaintiff's Complaint and therefore denies the same.

208. Defendant Stiff denies the allegations contained in Paragraph 208 of Plaintiff's Complaint.

209. Defendant Stiff denies the allegations contained in Paragraph 209 of Plaintiff's Complaint.

210. Defendant Stiff denies the allegations contained in Paragraph 210 of Plaintiff's Complaint.

211. Defendant Stiff denies the allegations contained in Paragraph 211 of Plaintiff's Complaint.

212.    Defendant Stiff states that the allegations regarding TVPA liability contained in paragraph 212 of Plaintiff's Complaint set forth conclusions of law to which no response is required.  To the extent a response is required, Defendant Stiff denies the allegations set forth in Paragraph 212 of Plaintiff's Complaint.

213.    Defendant Stiff denies the allegations contained in Paragraph 213 of Plaintiff's Complaint.

214.    Defendant Stiff denies the allegations contained in Paragraph 214 of Plaintiff's Complaint.

215.    Defendant Stiff states that the allegations regarding TVPA liability contained in paragraph 215 of Plaintiff's Complaint set forth conclusions of law to which no response is required.  To the extent a response is required, Defendant Stiff denies the allegations set forth in Paragraph 215 of Plaintiff's Complaint.

ii.    *Defendants Money and Stiff*

216.    Defendant Stiff states that the allegations regarding TVPA liability contained in paragraph 216 of Plaintiff's Complaint set forth conclusions of law to which no response is required.  To the extent a response is required, Defendant Stiff denies the allegations set forth in Paragraph 216 of Plaintiff's Complaint.

217.    Defendant Stiff denies the allegations contained in Paragraph 217 of Plaintiff's Complaint.

218.    Defendant Stiff denies the allegations contained in Paragraph 218 of Plaintiff's Complaint.

219.    Defendant Stiff denies the allegations contained in Paragraph 219 of Plaintiff's Complaint.

220.    Defendant Stiff denies the allegations contained in Paragraph 220 of Plaintiff's Complaint.

221.    Defendant Stiff denies the allegations contained in Paragraph 221 of Plaintiff's Complaint.

222.    Defendant Stiff denies the allegations contained in Paragraph 222 of Plaintiff's Complaint.

223.    Defendant Stiff denies the allegations contained in Paragraph 223 of Plaintiff's Complaint.

224.    Defendant Stiff denies the allegations contained in Paragraph 224 of Plaintiff's Complaint.

225.    Defendant Stiff denies the allegations contained in Paragraph 225 of Plaintiff's Complaint.

226.    Defendant Stiff states that the allegations regarding TVPA liability contained in paragraph 226 of Plaintiff's Complaint set forth conclusions of law to which no response is required.  To the extent a response is required, Defendant Stiff denies the allegations set forth in Paragraph 226 of Plaintiff's Complaint.

227.    Defendant Stiff denies the allegations contained in Paragraph 227 of Plaintiff's Complaint.

228.    Defendant Stiff denies the allegations contained in Paragraph 228 of Plaintiff's Complaint.

229.    Defendant Stiff states that the allegations regarding TVPA liability contained in paragraph 229 of Plaintiff's Complaint set forth conclusions of law to which no response is

required.  To the extent a response is required, Defendant Stiff denies the allegations set forth in Paragraph 229 of Plaintiff's Complaint.

## V.    CAUSES OF ACTION

### Count One: Violation of Human Trafficking Laws, 18 U.S.C. § 1591(a) (Sex Trafficking)

#### Against All Defendants

230.    Defendant Stiff incorporates by reference his responses to Paragraphs 1 through 229 of Plaintiff's Complaint.

231.    Defendant Stiff denies the allegations contained in Paragraph 231 of Plaintiff's Complaint.

232.    Defendant Stiff denies the allegations contained in Paragraph 232 of Plaintiff's Complaint.

233.    Defendant Stiff denies the allegations contained in Paragraph 233 of Plaintiff's Complaint.

### Count Two – Violation of Human Trafficking Laws, 18 U.S.C. § 1589 (Labor Trafficking)

#### Against All Defendants

234.    Defendant Stiff incorporates by reference his responses to Paragraphs 1 through 233 of Plaintiff's Complaint.

235.    Defendant Stiff denies the allegations contained in Paragraph 235 of Plaintiff's Complaint.

236.    Defendant Stiff denies the allegations contained in Paragraph 236 of Plaintiff's Complaint.

237.    Defendant Stiff denies the allegations contained in Paragraph 237 of Plaintiff's Complaint.

## VI.    PRAYER FOR RELIEF

Defendant Stiff denies that Plaintiff is entitled to any of the relief set out in her Prayer for Relief, whether money damages, injunctive relief, attorney's fees, or any other remedies sought. Defendant Stiff further denies each and every allegation of Plaintiff's Complaint to which Defendant Stiff has not specifically admitted, denied, or otherwise responded herein.

## VII.    JURY DEMAND

Defendant Stiff demands a trial by jury on all issues so triable.

## VIII.    DEFENDANT STIFF'S AFFIRMATIVE DEFENSES

Furthering answering Plaintiff's Complaint and its allegations against him, and without admitting any wrongdoing, Defendant Stiff pleads the following affirmative defenses pursuant to FED. R. CIV. P. 8(c):

### *First Affirmative Defense*

Defendant Stiff asserts that all of Plaintiff's allegations against Defendant Stiff are barred by the TVPA's 10-year statute of limitations.  Specifically, all of the conduct that Plaintiff alleges that occurred before February 14, 2015, is barred by the applicable statute of limitations.

### *Second Affirmative Defense*

Defendant Stiff asserts that Plaintiff's allegations against Defendant Stiff are not actionable under the TVPA because the unlawful conduct alleged in Plaintiff's Complaint was not "in or affecting interstate commerce" such that the Court has subject matter jurisdiction over Plaintiff's claims.  *See* 18 U.S.C. §§ 1589, 1591(a), and 1595.

### *Third Affirmative Defense*

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### *Fourth Affirmative Defense*

Any alleged conduct of Defendant Stiff was not the proximate cause of any alleged injury or damage to Plaintiff, and thus Plaintiff is not entitled to any recovery from Defendant Stiff.

### *Fifth Affirmative Defense*

Defendant Stiff asserts that Plaintiff's alleged damages, if any, were caused, in whole or in part, by the contributorily negligent acts or omissions of Plaintiff herself or third parties over which Defendant Stiff had no control and for which Defendant Stiff is not legally responsible. Accordingly, Plaintiff's recovery, if any, should be barred or proportionately reduced by the fault or degree of responsibility of Plaintiff and these third parties. *See* TEX. CIV. PRAC. & REM. CODE § 33.003.

Respectfully submitted,

/s/ Tonya L. Johannsen
Tonya L. Johannsen
Texas Bar No. 10670200
tjohannsen@canterburylaw.com
Adi Soto
Texas Bar No. 24117487
asoto@canterburylaw.com
CANTERBURY, PC
4851 LBJ Freeway, Suite 301
Dallas, Texas 75244
(972) 239-7493 – Telephone
(972) 490-7739 – Fax

/s/ Stephen P. Fahey
Stephen P. Fahey
State Bar No. 24101249
LAW OFFICE OF STEVE FAHEY, PLLC
640 Taylor Street, Ste. 1200
Fort Worth, Texas 76102

Telephone: (682) 301-0330
*steve@sfaheylaw.com*

ATTORNEYS FOR DEFENDANT CRAIG CLINT STIFF, JR.

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of November, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the CM/ECF electronic case filing system of the court and/or served the foregoing document by another method authorized by Federal Rule of Civil Procedure 5(b). The electronic case filing system will send a "Notice of Electronic Filing" notification to all case participants registered for electronic notice, including all *pro se* parties and/or attorneys of record who have consented in writing to accept this Notice as a service of this document by electronic means. I further certify that I have served to the extent applicable all case participants not registered for electronic notice by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Tonya L. Johannsen
Tonya L. Johannsen